IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID LAWRENCE BERNACH,<br><br>Defendants. | CR 22–66–BLG–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Motion to Dismiss with Prejudice Forfeiture Allegation. (Doc. 27.) The motion states that the property has been administratively forfeited through the investigating agency. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 27) is GRANTED. The forfeiture allegation contained in the indictment is DISMISSED with prejudice.

DATED this 8th day of November, 2022.

_____
Dana L. Christensen, District Judge
United States District Court

1